IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHWESTERN DIVISION

| | |
|---|---|
| STATES RESOURCES CORP., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 13-5011-CV-SW-ODS |
| ) | |
| HOWSMON DISTRIBUTING CO., ) | |
| JOE HOWSMON, JOHN T. HOWSMON,) | |
| And LEE ANNE HOWSMON, ) | |
| ) | |
| Defendants. ) | |

## ORDER GRANTING MOTION FOR DEFAULT JUDGMENT
## AND ENTERING JUDGMENT AGAINST EACH DEFENDANT

Each Defendant was served with the complaint on various days in March 2013, but none filed an Answer or otherwise responded within the time allotted by the Federal Rules of Civil Procedure. Plaintiff filed a Motion for Default Judgment on April 12 and mailed copies to each Defendant, but none of them responded within the time allotted by the Local Rules of this Court. On May 15, the Court entered an Order (1) finding each of the defendants to be in default and (2) ordering them to show cause why a default judgment should not be entered. The time allotted in the May 15 Order has passed, and none of the Defendants has answered.

Accordingly, pursuant to Rule 55(b), the enters a default judgment against each Defendant. The Complaint alleges the following facts, which are deemed to be true by virtue of Defendants' default: Plaintiff had issued a loan to Defendant Howsmon Distributing Company ("the Company"). The loan was modified in April 2009, and as part of that modification the three Individual Defendants personally guaranteed the loan. However, the loan was not repaid in accordance with the loan's terms.

The Record reflects the principal balance is $264,358.33. Interest, fees and other charges through this date amount to $65,219.50. In addition Plaintiff is entitled to recover attorney fees in the amount of $2,007.00 and costs in the amount of $670.35.

Accordingly, the total judgment is $331,584.83. The Court also awards costs in the amount of $670.35. Postjudgment interest shall accrue at the statutory rate.

The Clerk of Court shall mail copies of this Order and the Clerk's Judgment to the following via First Class Mail:

Howsmon Distributing Company
c/o John T. Howsmon, Registered Agent
1736 Southern Drive
Neosho, Missouri   64850

Lee Anne Howsmon
2622 E. 35th
Joplin, Missouri   64804

Joe A. Howsmon
2406 Texas Avenue
Joplin, Missouri   64804

John T. Howsmon
1736 Southern Drive
Neosho, Missouri   64850

IT IS SO ORDERED.

/s/ Ortrie D. Smith
ORTRIE D. SMITH, SENIOR JUDGE
DATE: June 17, 2013                    UNITED STATES DISTRICT COURT